**No. P68/85.**—Fischer Bearings Mfg. Co. and J. D. Richardson Co. *v.* United States, protest 65/5770 (Detroit).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of water pump spindle bearings, used as parts of internal-combustion engines of the carburetor type, similar in all material respects to those the subject of *United States* v. *Ford Motor Company* (51 CCPA 22, C.A.D. 831), the claim of the plaintiff was sustained.

**No. P68/86.**—Mitsui & Co., Ltd. *v. United States*, protest 64/20332 (San Francisco).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of cotton velveteens similar in all material respects to those the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 26, 1968

**No. P68/87.**—Globe Importing Co. et al. *v.* United States, protests 62/6452, etc. (Philadelphia).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of nozzles or hose sprays, used on the end of garden hoses for the same purposes and in place of nozzles, similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.